# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEITH A. HILL**                                                                                                        **PLAINTIFF**

**V.**                          **NO. 4:21CV01227 BRW-PSH**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this  12th  day of  October , 2022.

                                                        BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE